The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

____ FILED ____ LODGED
____ RECEIVED

Sep 29, 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHNATHAN BRIAN JOHNSON,<br><br>Defendant. | NO. MJ21-5204<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Section 922(g)(1)<br><br>Title 21, United States Code, Section 841(a)(1) |

BEFORE the Honorable J. Richard Creatura, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

## COUNT 1

### *(Felon in Possession of Firearms)*

On or about June 14, 2021, in Thurston County, within the Western District of Washington, JOHNATHAN BRIAN JOHNSON, knowing that he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

- *Assault Second Degree While Armed with a Firearm*, Thurston County Superior Court, Cause Number 11-1-010795, on or about December 22, 2011;

Complaint/*United States v. Johnathan Brian Johnson* - 1
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- *Unlawful Possession of a Firearm in the First Degree*, Thurston County Superior Court cause number 11-1-01079-5, on or about December 22, 2011;

did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

- A Ruger, Model P94, .40 caliber pistol, serial #341-53756;
- An Anderson Manufacturing, Model AM-15, .223 caliber rifle, serial # 20111141;

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 2

### *(Possession with Intent to Distribute Methamphetamine and Heroin)*

On or about June 14, 2021, in Thurston County, within the Western District of Washington, JOHNATHAN BRIAN JOHNSON did knowingly and intentionally possess, and did aid and abet the possession of, with intent to distribute, methamphetamine and heroin, substances controlled under Title 21, United States Code, Section 812.

It is further alleged that this offense involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (methamphetamine) & (b)(1)(C) (heroin) and Title 18, United States Code, Section 2.

## COUNT 3

### *(Felon in Possession of Firearms)*

On or about September 27, 2021, in Thurston County, within the Western District of Washington, JOHNATHAN BRIAN JOHNSON, knowing that he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

- *Assault Second Degree While Armed with a Firearm*, Thurston County Superior Court, Cause Number 11-1-01079-5, on or about December 22, 2011;

Complaint/*United States v. Johnathan Brian Johnson* - 2
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- *Unlawful Possession of a Firearm in the First Degree*, Thurston County Superior Court cause number 11-1-01079-5, on or about December 22, 2011;

did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

- Smith & Wesson, Model CS45 Chief's Special, .45 caliber, pistol with serial number #VJD5384;
- Ruger, Model LC9S, 9mm pistol with serial #453-51087;
- High Standard, Model Riot 18-7 K1200, 12-gauge shotgun, no serial number

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 4

### *(Possession with Intent to Distribute Methamphetamine and Heroin)*

On or about September 27, 2021, in Thurston County, within the Western District of Washington, JOHNATHAN BRIAN JOHNSON did knowingly and intentionally possess, and did aid and abet the possession of, with intent to distribute, methamphetamine and heroin, substances controlled under Title 21, United States Code, Section 812.

It is further alleged that this offense involved one hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) (heroin) and 841(b)(1)(C) (methamphetamine) and Title 18, United States Code, Section 2.

Under Federal Criminal Rule of Criminal Procedure 4.1, this complain is being presented by reliable electronic means. The undersigned Complainant, being duly sworn, hereby deposes and says as follows:

### TRAINING AND EXPERIENCE

1.  I, Steven Munson, am a Special Agent with Homeland Security

Complaint/*United States v. Johnathan Brian Johnson* - 3
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Investigations (HSI). I am assigned to the HSI Field Office Tacoma, Washington, South Sound Investigations. I am responsible for investigating and enforcing violations of federal law including drug and firearms violations of laws. In June 2018, I was assigned to work with the Thurston County Narcotics Task Force. I joined the Department of Homeland Security (previously named Department of Justice, Immigration and Naturalization Service) in May 2002. I attended a three-month long academy at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2006, I was hired by Homeland Security Investigations as a Special Agent and was assigned to the Seattle, Washington field office. I attended an additional six-month academy at the Federal Law Enforcement Training Center in Brunswick, Georgia.

2. As an HSI Special Agent, I have been trained to investigate crimes and enforce federal criminal law. During my career, I have been assigned to work on a variety of cases including drug trafficking and weapons violations locally, nationally and internationally. I have instructed at the Federal Law Enforcement Training Center and at a variety of international law enforcement conferences an array of topics including investigative techniques, I have worked both nationally and internationally enforcing United States federal laws.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probably cause and does not contain all details or all facts of which I am aware relating to this investigation.

**PURPOSE OF AFFIDAVIT**

4. This Affidavit is made in support of a Complaint against JOHNATHAN BRIAN JOHNSON for the crimes of *Felon in Possession of a Firearms* (two counts) in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and two

Complaint/*United States v. Johnathan Brian Johnson* - 4
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

counts of *Possession of Controlled Substance with Intent to Distribute* in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (methamphetamine), (b)(1)(B)(heroin), and (b)(1)(C) (methamphetamine and heroin) and Title 18, United States Code, Section 2.

## **INVESTIGATION AND PROBABLE CAUSE**

5. On December 7, 2011, JOHNATHAN BRIAN JOHNSON was convicted of one count of Assault in the Second Degree While Armed With a Firearm, and one count of Unlawful Imprisonment-Domestic Violence in Thurston County Superior Court Case umber 11-1-010795. JOHNSON received a sentence of 120 months' imprisonment and 18 months community custody following release from prison.

6. On July 23, 2020, the Washington Department of Corrections (DOC) issued an arrest warrant for JOHNSON for violating community custody requirements by failing to report as directed to his community corrections officer. JOHNSON's listed address with DOC was 3928 14th Ave SE Apt. #32 in Lacey, Washington (the Cedar Park Apartments).

7. On June 14, 2021, law enforcement officers went to JOHNSON's apartment complex to serve the DOC warrant. After a short period of surveillance, law enforcement recognized JOHNSON as he left apartment #32 and entered a grey BMW. Law enforcement officers approached and arrested JOHNSON without incident. JOHNSON told investigators he was borrowing the silver BMW from a friend to move his belongings and there should not be either firearms or drugs inside the BMW. JOHNSON said he used to live at that residence but was in the process of moving and denied staying there any longer.

8. During JOHNSON's arrest, law enforcement officers observed an AR style assault rifle lying in plain view on the back seat of the silver BMW. For officer safety, law enforcement secured and unloaded the AR Rifle, later identified as an Anderson Manufacturing, Model AM-15, .223 caliber rifle, serial #20111141. DOC then conducted an authorized search of the vehicle and located a grey Ruger P94 .40 caliber pistol, serial

Complaint/*United States v. Johnathan Brian Johnson* - 5
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

#.341-53756, with a loaded magazine in the rear seat of the vehicle. Investigators also located $2870 in currency, rubber banded together, and LSD blotter papers. Investigators subsequently learned the BMW had been reported stolen.

9. Based on these observations and previous investigative efforts to verify JOHNSON's residence as 3928 14th Ave S.E. Apt 32 Lacey, Washington, DOC conducted a cursory search of apartment 32 pursuant to JOHNSON's community custody conditions. Entry to the apartment was made by law enforcement officials using the key JOHNSON identified on the keyring in JOHNSON's possession during his arrest.

10. Investigators found a Ziploc bag of suspected methamphetamine inside a camera bag on the living room floor. Law enforcement then ceased the search until they obtained a telephonic search warrant from a Thurston County Superior Court Judge. Investigators found the following items inside apartment 32:

- Item 1A – Large plastic bag with White Crystal Substance 468.3 grams (field tested and lab tested positive for methamphetamine)
- Item 2A – Bag with individual baggies containing brown tar substance 82.5 grams (field tested and lab tested positive for heroin)
- Item 3A – Two Ziploc baggies with white crystal substance 32.2 grams (field tested and lab tested positive for methamphetamine)
- Item 5A – Two Ziploc baggies with white powdery substance 3.1 grams (not field tested)
- Item 6A – Baggie of 14 pills (T257) Hydrocodone (not field tested)
- Item 9A – Baggie of 11 yellow pills (Cyclobenzaprine) (not field tested)
- Item 10A – Bag of white crystal substance 2.4 grams (not field tested)

11. Investigators located indicia of JOHNSON's occupancy from notes and records inside the apartment as well as key access. JOHNSON's belongings were found inside the apartment's master bedroom and living room. Other items seized included ammunition, firearms magazines, multiple digital scales, and packaging materials.

12. On two separate occasions in September 2021, JOHNSON sold a credible and confidential source (CS) methamphetamine in Thurston County, WA. Before each of the two controlled purchases, investigators searched CS' person and vehicle and did not locate any controlled substances or contraband. Investigators fitted the CS with covert

Complaint/*United States v. Johnathan Brian Johnson* - 6
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

audio equipment and provided the CS with funds for the purchases. During the first controlled purchase, investigators maintained constant surveillance of CS and CS' vehicle. During the first controlled purchase, CS entered JOHNSON's vehicle and was provided a white baggie containing a white crystalline substance. During the second controlled purchase, CS entered JOHNSON's apartment to purchase methamphetamine. On each occasion, CS was followed by investigators back to a pre-determined location. At the location, CS provided investigators with a small baggie containing suspected methamphetamine, each of which field tested positive for methamphetamine. After both controlled purchases, investigators searched CS' person and vehicle and located no other currency, controlled substances, or contraband. 31 grams of methamphetamine were sold to CS on each occasion, for a total of 62 gross grams.

13. Following the two controlled purchases, investigators obtained a search warrant in Thurston County Superior Court for JOHNSON's apartment, residence, and arrest. On September 27, 2021, investigators located and arrested JOHNSON at his apartment (3928 14th Ave S.E. Apt 32 Lacey, Washington.) At the time of his arrest, JOHNSON had a Chief's Special, Model CS45, .45 caliber, semiautomatic pistol with a loaded magazine (serial number #VJD5384) inside a concealed shoulder holster on his person.

14. During the execution of the search warrant, the following items were located:

- Ruger, Model LC9S, 9mm pistol with serial #453-51087;
- High Standard, Model Riot 18-7 K1200, 12-gauge shotgun, no serial number.
- 92.4 grams of methamphetamine (field tested positive) found in the living room
- 3.3 grams of cocaine (field tested positive) found in the living room
- 51.8 grams of suspected Fentanyl pills (not field tested) found in the living room
- 17.8 grams of methamphetamine (field tested positive) found in the kitchen
- 203.9 grams of heroin (field tested positive) found in the bedroom near the Ruger pistol
- Scales, measuring cups, baggies, notes and ledgers.

Complaint/*United States v. Johnathan Brian Johnson* - 7
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- $3288.00 Additional US Currency.
- Two sets of Body Armor
- Multiple Cell Phones

15. After being advised of his Miranda warnings, JOHNSON agreed to speak with investigators. During the interview, JOHNSON admitted he is aware that may not own, use, or possess a firearm lawfully due to his felony convictions in the state of Washington. He also admitted he was armed with a loaded pistol in a shoulder holster at the time of his arrest, a loaded 12-gauge shotgun behind his door in the apartment and body armor. I asked JOHNSON why he had these items and he told me it was for his protection because he owes approximately $132,000 to the Sinaloan Cartel for drugs he obtained from them to distribute. I asked JOHNSON if he was armed during his dealings with the Cartel members and he said he was.

16. I have reviewed a number of conviction documents from courts in Washington pertaining to JOHNATHAN BRIAN JOHNSON. He has a number of convictions for crimes punishable by over one year, including:

  a. *Assault in the Third Degree While Armed with a Firearm,* Thurston County Superior Court cause number 11-1-01079-5, on or about July 10, 2010;

  b. *Unlawful Possession of a Firearm in the First Degree,* Thurston County Superior Court cause number 11-1-01079-5, on or about July 10, 2010;

For each of these convictions, I observed that JOHNATHAN BRIAN JOHNSON was sentenced to serve a term of imprisonment of more than 12 months. Further, the Thurston County Superior Court Statement of Defendant on Plea of Guilty, Felon in Possession of a Firearm in the Second Degree, cause number 11-1-01079-5, reflects that on December 22, 2011, JOHNATHAN BRIAN JOHNSON was present and signed the document that included a notice that JOHNSON may not own, use or possess any firearm unless his right to do so is restored by the Court of Record. I have found no evidence that JOHNSON's firearms rights were ever restored.

Complaint/*United States v. Johnathan Brian Johnson* - 8
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  In fact, JOHNSON stated to me, during a post Miranda interview, he is aware that he
2  may not own, use or possess a firearm lawfully due to his felony convictions in the state
3  of Washington.
4      17.  ATF Special Agent Kit Radosevich, a firearms and ammunition interstate
5  nexus expert, has examined the (1) Ruger, Model P94, .40 caliber pistol, serial #341-
6  53756, (2) Anderson Manufacturing, Model AM-15, .223 caliber rifle, serial # 20111141,
7  (3) Smith & Wesson, Model CS45 Chief's Special, .45 caliber, pistol with serial number
8  #VJD5384, (4) Ruger, Model LC9S, 9mm pistol with serial #453-51087, and (5) the
9  High Standard, Model Riot 18-7 K1200, 12-gauge shotgun, no serial number, and
10 determined that each was manufactured outside the State of Washington and therefore
11 has traveled in interstate of foreign commerce prior to being found in Lacey, Washington,
12 on both June 14, 2021 and September 27, 2021.
13 //
14 //
15 //
16 //
17

Complaint/*United States v. Johnathan Brian Johnson* - 9
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

pleading paper

## Conclusion

Based on the foregoing, I submit there is probable cause to believe that JOHNATHAN BRIAN JOHNSON committed the crimes of two counts of Felon in Possession of a Firearms, in violation of Title 18, United States Code, Section 922(g)(1), and two counts of Possession of Controlled Substances with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (methamphetamine), (b)(1)(B)(heroin) & (b)(1)(C) (methamphetamine and heroin) and Title 18, United States Code, Section 2..

Dated this 28TH day of September 2021.

STEVEN J. MUNSON, Complainant
Department of Homeland Security, Special Agent

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds there is probable cause to believe that the defendant committed the offense set forth in the Complaint.

DATED this 29th day of September 2021.

J. RICHARD CREATURA
United States Magistrate Judge

Complaint/*United States v. Johnathan Brian Johnson* - 10
2021R01083

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800